UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MILLSAP WATERPROOFING, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:20-CV-240 |
| § | |
| UNITED STATES FIRE INSURANCE § | |
| COMPANY, AND AMERISURE § | |
| INSURANCE COMPANY § | |
| § | |
| Defendants. § | |

# ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Extend Docket Control Order (Dkt. 56). After consideration, the motion is GRANTED, and the following are rescheduled as follows:

3. 11/01/2022 Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. 12/05/2022 Identification of defendants' experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. 01/17/2023 COMPLETION OF DISCOVERY. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. 01/31/2023 DISPOSITIVE MOTIONS.

7. 02/21/2023 ALL OTHER PRETRIAL MOTIONS.

8. 04/21/2023 EXCHANGE PRETRIAL MATERIALS. Parties should exchange and begin to confer on motions in limine, exhibit lists, and deposition designations.

9. 05/01/2023 DOCKET CALL is set at 9:30 a.m. All Pretrial Filings (exhibit list, witness list, etc.) required under Rule 11 of the Galveston District Court Rules of Practice must be filed at least one day before this

date. At docket call, the court may announce rulings on any pending matters, the case will be set for trial on a date certain within the next 60 days, and further pretrial orders may be issued.

SIGNED on Galveston Island this ____ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE